CRIMINAL APPEALS
CERTIFICATE OF NOTICE OF APPEAL TO THE FOURTH COURT OF APPEALS

TRIAL COURT NO. 2014CR10517W

THE STATE OF TEXAS

VS

GARY WADE RONNING

IN THE 399TH DISTRICT COURT
OF

BEXAR COUNTY, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
01/16/2015 3:28:25 PM
KEITH E. HOTTLE
Clerk

1. Defendant filed motion for new trial: _X_ no __ yes, date filed:_____

2. Notice of appeal was filed on _12-29-2014_

3. The Honorable _RAY OLIVARRI_ presided at the _trial_.

4. The above named defendant was _convicted_ of the offense(s) of _ASSAULT-FAMILY-2ND OFFENSE_

   as a (XXXXXXXX)XXXXXXXX)X

5. State's appeal attorney: _NICHOLAS LAHOOD_  300 Dolorosa, Suite 4025, Bexar County Justice Center, San Antonio, Texas,78205 (210)335-2413   SBN: _24030360_

6. Trial ___ Attorney(s): _ENACIO B BARRETTO_

   XXXXXXX(Appointed) Appeals attorney: SEAN KEANE DAWES
   Address & Phone No: 118 BROADWAY ST 530 SAN ANTONIO, TX, 78205-1950 (210)299-2668   SBN: 24036878

   Defendant Pro-Se __ Yes X No
7. The trial held was: ___ Trial before the Court          ___ Jury trial on guilt only
   ___ Jury trial on punishment only          ___ Jury trial guilt and punishment
   _X_ Plea of guilt / nolo contendere to court - negotiated plea agreement followed by court
   ___ Pretrial motion heard prior to plea   ___ Open/non negotiated plea of guilty/nolo contendere
   ___ Motion to enter adjudication of guilt  ___ Motion to revoke community supervision
   ___ Other _____

8. The sentence was (imposed ) on:12-18-2014 for a period of:yrs:006 mths:00
   and a fine of $    1,500.00

9. Defendant is presently in:_X_ BCADC ___ TDCJID. Defendant is on _** RWOB **_ appeal bond.

10. Name and Address of Court Reporter(s) who reported the evidence: SACHIKO NAGAO, 300 DOLOROSA, SAN ANTONIO, TX, 78205

11. If two or more cases were tried together the other cases that have been or may be appealed are:(Defendant's na & cause number) _____

WITNESS MY HAND THIS THE _16th_ DAY OF _January_, 2015_

COURT REPORTER(S): SACHIKO NAGAO          Date: 01/16/2015
                                                        Date:
KEITH E. HOTTLE, CLERK

BY:_____          Date:_____
   Deputy

DONNA KAY MCKINNEY
BEXAR COUNTY DISTRICT CLERK
BY:_____

PENA, MORRIS L                    ,DEPUTY

(jsdca)



(Bond) (Jail)

**STATE OF TEXAS**
**BEXAR COUNTY**

Sid: __1032288__

399TH DISTRICT COURT

## APPOINTMENT OF ATTORNEY - *Appeal*

The Court in accordance with Article 26.04 Code of Criminal Procedure, as

Amended, hereby appoints: __Sean Keane Dawes    24036878__
Attorney             Bar No.

to represent defendant __Gary Wade Ronning__
Defendant

in Case No(s): __2014 CR 10517W__

    Such representation is to continue, (unless relieved by the court earlier, after a finding of good cause is entered on the record), until charges are dismissed, the defendant is acquitted, all post-trial motions are resolved, notice of appeal is perfected, or until relieved by the court or replaced by other counsel.

    Performance of duties under this order of appointment will result in submission of your claim for payment by submitting a payment voucher for court approval.

SIGNED __15th__ __January__, 2015.

_____
**JUDGE RAY J. OLIVARRI**
**399TH JUDICIAL DISTRICT COURT**

Cause NO. 2014CR10517W

THE STATE OF TEXAS

vs.

Gary Wade Ronning

IN THE DISTRICT COURT

399 JUDICIAL DISTRICT

BEXAR COUNTY, TEXAS

---

## NOTICE OF APPEAL FROM NEGOTIATED PLEA

---

TO THE HONORABLE JUDGE OF SAID COURT:

Come now Gary Wade Ronning , Defendant in the above styled and numbered cause, and within thirty (30) days of sentence having been pronounced against him in court, and files this his Notice of Appeal from Negotiated Plea pursuant to the Texas Rules of Appellate Procedure, Rule 25.2 (b)(3), and Article 1.15 of the Texas Code of Criminal Procedure, and who would state the following:

1. There was a trial in this cause

   ( ) yes                    (✓) no

   and the trial was a

   ( ) jury trial              (✓) non-jury trial

2. The trial commenced on the 18th day of December , 2014 , and ended on the 18th day of December , 2014 .

3. There was a plea bargain agreement in this cause

   (✓) yes                    ( ) no

4. The plea bargain agreement was followed by the Court

   (✓) yes                    ( ) no

5. Defendant was sentenced on the 18th day of December , 2014 , and sentence commenced on the on the 18th day of December , 2014 ,

6. A motion for New Trial was filed in this cause

   ( ) yes                    (✓) no

Also pursuant to Rule 25.2 (b)(3) (A), (B) and (C), the following indicated items apply as a basis for Defendant's notice of appeal:

_____ (A)    the appeal is for a jurisdictional defect (explanation attached hereto);

_____ (B)    the substance of the appeal was raised by written motion and ruled on before trial

             (motion and ruling attached hereto);

__✓___ (C)    permission to appeal

   ( ) has been granted by trial court          ( ) has been denied by trial court

Respectfully submitted,

Gary Ronning

Defendant

## UNSWORN DECLARATION BY INMATE

I, Gary Wade Ronning, SID 1032288

Being presently incarcerated in the Bexar County Adult

Detention Center, San Antonio, Texas declare under Penalty of

Perjury that the foregoing instrument is true and correct.

Signed on this the 23 day of December, 2014.

_____
Defendant

No.  2014 CR-10517W



| The State of Texas | § | In the 399 District Court |
| vs. | § | of |
| Gary Wade Ronning | § | Bexar County, Texas |

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

☐ is not a plea-bargain case, and the defendant has the right of appeal; (or)

☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial and not withdrawn or waived, and the defendant has the right of appeal; (or)

☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal; (or)

☒ is a plea-bargain case, and the defendant has NO right of appeal; (or)

☐ is a revocation of the defendant's community supervision, and the defendant has the right to appeal the court's action revoking the community supervision, but not the underlying conviction; (or)

☐ is an adjudication of guilt following a deferred adjudication, and the defendant has a limited right of appeal; (or)

☐ is a decision on the defendant's motion for forensic DNA testing and the defendant has the right of appeal; (or)

☐ is one in which the defendant has waived the right of appeal.

_____  
**JUDGE**

_12-18-14_  
Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals. Tex. R. App. P. 68.2.

_____  
**DEFENDANT**

Mailing address:_____  
Telephone number:_____

Fax number if any:_____

I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_____  
**ATTORNEY FOR DEFENDANT**

Bar number: 01816350  
Mailing address: PO BOX 15583  
SATO 78212  
Telephone: 210-394-8168  
Fax: 210-587-6549

*"A defendant in a criminal case has the right of appeal under Code of Criminal Procedure Article 44.02 and these rules. This trial court shall enter a certification of the defendant's right of appeal each time it enters a judgement of guilt or other appealable order. In a plea bargain case - that is, a case in which a defendant's plea was guilty or nolo contendere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULE OF OF APPELLATE PROCEDURE 25.2(a)(2).